IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROSEMARIE WEIGAND, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-658-RP |
| TEXAS CREDIT CORPORATION, | § § § | |
| Defendant. | § § | |

## ORDER

The parties filed agreed scheduling recommendations on September 2, 2019. (Dkt. 6). Contrary to this Court's local rules, the parties have not submitted a proposed scheduling order using Judge Pitman's proposed scheduling order form. *See* W.D. Tex. Loc. R. CV-16(a) (requiring that the parties submit a proposed scheduling order that conforms to the form prescribed by the judge and posted on the Court's website).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using Judge Robert Pitman's form on or before **September 13, 2019**.

**SIGNED** on September 6, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE