# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ROSEMARIE WEIGAND,<br><br>        Plaintiff,<br>v.<br><br>TEXAN CREDIT CORPORATION,<br><br>        Defendant. | Case No.  1:19-cv-00658-JRN<br><br>Honorable Judge James R. Nowlin |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff ROSEMARIE WEIGAND, and the Defendant, TEXAN CREDIT CORPORATION, through their respective counsel that the above-captioned action is dismissed, with prejudice, against TEXAN CREDIT CORPORATION, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 9, 2019                                                       Respectfully Submitted,

**ROSEMARIE WEIGAND**                                       **TEXAN CREDIT CORPORATION**

/s/ Nathan C. Volheim                                               /s/ Russell R. Smith (*with consent*)
Nathan C. Volheim                                                   Russell R. Smith
*Counsel for Plaintiff*                                                *Counsel for Defendant*
Sulaiman Law Group, LTD                                       Fairchild, Price, Haley & Smith, LLP
2500 S. Highland Avenue, Suite 200                       1801 North Street
Lombard, Illinois 60148                                           Nacogdoches, Texas 75965
Phone: (630) 575-8181                                            Phone: (936) 569-2327
Fax :(630) 575-8188                                                 Fax: (936) 569-7932
nvolheim@sulaimanlaw.com                                  rsmith@fairchildlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____<br>
Nathan C. Volheim